1
2
3
4
5
6
7
8                  **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   FRESNO COUNTY FINANCING                    CASE NO. CV F 08-1964 LJO GSA
     AUTHORITY,
12                              Plaintiffs,     _____**ORDER TO RECUSE DISTRICT JUDGE**
                                                **AND TO REASSIGN TO ANOTHER**
13          vs.                                 **DISTRICT JUDGE**

14   AIG FINANCIAL PRODUCTS
     CORP., et al.,
15
                                Defendants.
16   _____/

17          On the basis of good cause, United States District Judge Lawrence J. O'Neill recuses himself

18   from this action and DIRECTS this Court's clerk to reassign another district judge to this action.  Upon

19   reassignment, all papers shall bear the new case number with the new district judge's initials.
            IT IS SO ORDERED.
20
     **Dated:    February 6, 2009**          _____**/s/ Lawrence J. O'Neill**_____
21                                                 UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

                                     1